SAN–BAR INC. v. THE TOWNSHIP OF JEFFERSON.

June 8, 1982.

Petition for certification denied.

WILLIAM VANDER TULIP v. THOMAS G. JOHNSON.

June 8, 1982.

Petition for certification denied.

JOSEPH PERA v. JAMES R. JOHNSTON.

June 8, 1982.

Petition for certification denied.

HAROLD J. RUVOLDT, JR. v. THE COUNTY OF HUDSON.

June 8, 1982.

Petition for certification denied.